[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 02-12274

_____

D. C. Docket No. 00-00143-CV-JTC-3

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 13, 2004
THOMAS K. KAHN
CLERK

JASON RAMIREZ,

Plaintiff-Appellee,

versus

PROGRESSIVE PREFERRED
INSURANCE COMPANY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 13, 2004)

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

The procedural history, facts, and issues in this case are contained in our previous opinion, which certified dispositive questions of state law to the Georgia Supreme Court. Ramirez v. Progressive Preferred Insurance Co., 321 F.3d 1055

(11th Cir. 2003).  We thank that Court for promptly and thoroughly answering the questions.  In accordance with the decision of the Supreme Court of Georgia, <u>Progressive Preferred Insurance Co. v. Ramirez</u>, No. S03Q0854, 2003 WL 22697208 (Ga. Nov. 17, 2003), the judgment of the district court is

**AFFIRMED.**